**Cindy DEFAZIO, Petitioner,**

v.

**DEPARTMENT OF DEFENSE, Respondent.**

**No. 02–3307.**

United States Court of Appeals, Federal Circuit.

DECIDED: Aug. 20, 2002.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.

**Frances T. WOODS, Petitioner,**

v.

**DEPARTMENT OF the AIR FORCE, Respondent.**

**No. 02–3318.**

United States Court of Appeals, Federal Circuit.

Aug. 29, 2002.

Order Vacated, See 2002 Wl 31439801.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1), and to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.